UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Honorable  Patty Shwartz** | U.S. Post Office & Courthouse Bldg. |
| **United States Magistrate Judge** | Federal Square, Newark, NJ  07101 |
| | (973) 645-6596 |

January 7, 2008

Steven D. Cahn, Esq.
Cahn & Parra, LLC
notified via electronic filing

Edwin C. Landis, Jr., Esq.
Meyner & Landis
One Gateway Center
Suite 2500
Newark, New Jersey 07102

**<u>LETTER ORDER</u>**

  **Re:** Township of Piscataway, et al. v. Duke Energy, et al.
     Civil Action No.  01-4828(FSH)

Dear Counsel:

  The final pretrial conference scheduled for January 10, 2008 has been rescheduled for **January 18, 2008 at 10:00 a.m.**  Kindly mark your calendars accordingly.

                **SO ORDERED.**


                 s/Patty Shwartz
                **HON. PATTY SHWARTZ**
                **United States Magistrate Judge**