**NOT FOR PUBLICATION**                                              **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| TOWNSHIP OF PISCATAWAY, EDWIN MARKANO, et al., | Hon. Faith S. Hochberg |
|  | Civil No. 01-4828 (FSH) |
| Plaintiffs, |  |
| v. | **ORDER** |
| SPECTRA ENERGY, | Date: October 7, 2008 |
| Defendant. |  |

**HOCHBERG, District Judge:**

This action having come before the Court for a bench trial;

and issues having been tried;

and the Court having issued its findings of fact and conclusions of law;

**IT IS** on this 7th day of October 2008,

**ORDERED AND ADJUDGED** that the removal of the Fountain Avenue Trees at issue in this matter is not reasonably necessary for the safe maintenance of the pipelines owned by Spectra; and it is further

**ORDERED AND ADJUDGED** that Defendant was not barred from asserting a right to remove the trees by virtue of waiting until the year 2000 to do so; and it is further

**ORDERED** that this case is **CLOSED**.

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**